DOROTHY SULLIVAN, Appellant, v. MEMORIAL HOSPITAL and SAMUEL C. JOHNSON, Defendants, Impleaded with DOUGLAS A. QUICK, Respondent.— Orders unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Dore and Cohn, JJ.

EMIL B. HAENDLER, Respondent, v. HITTLEMAN GOLDENROD BREWERY, INC., Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Unverified bill of particulars to be served within seven days after service of order. Present — Martin, P. J., McAvoy, O'Malley, Dore and Cohn, JJ.

RUBIN BETENSKY, Respondent, v. DORMAC REALTY CO., INC., and Another, Appellants, Impleaded with Another.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Dore and Cohn, JJ.

In the Matter of Supplementary Proceedings: ROYAL INDEMNITY COMPANY, Judgment Creditor, Appellant, v. S. LASALA & SONS, INC., Judgment Debtor, and DOLLAR SAVINGS BANK, Third Party, Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Dore and Cohn, JJ.

In the Matter of the Application of FRED ROSENTHAL, a Stockholder of CARIB SYNDICATE, LIMITED, Petitioner, Appellant, for a Peremptory Order of Mandamus against CARIB SYNDICATE, LIMITED, and Others, Defendants, Directing Them to Permit the Examination of Books, etc. CARIB SYNDICATE, LIMITED, and CHARLES F. FRENCH, Defendants, Respondents.— Order so far as appealed from unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Dore and Cohn, JJ.

JACOB HARKAVY, Appellant, v. CHARLES LEVINE, Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Dore and Cohn, JJ.

In the Matter of the Application of MARLOWE AVENUE CORPORATION, Appellant, to Vacate and Quash a Subpoena Dated August 14, 1936, Issued by the ATTORNEY-GENERAL OF THE STATE OF NEW YORK, Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Dore and Cohn, JJ.

4 EAST 72ND STREET CORPORATION, Appellant, v. CATHLEEN V. LOWMAN, Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Dore and Cohn, JJ. [See ante, p. 712.]

THE PEOPLE OF THE STATE OF NEW YORK ex rel. ALBERT W. RICHMAN, Appellant, for a Writ of Habeas Corpus against HOUSE OF DETENTION FOR WOMEN, NEW YORK CITY, Respondent.— Order unanimously affirmed. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Dore and Cohn, JJ.

In the Matter of the Application of MITSUI & Co., LTD., Respondent, for an Order Directing that an Arbitration Proceed between the Said MITSUI & Co., LTD., and HERMAN COHEN and MOSES SALWEN, Copartners, etc., Doing Business under the Firm Name and Style of HERMAN COHEN & COMPANY, Appellants.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Dore and Cohn, JJ.